UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **CONSUELO GONZALEZ,** § § § *Plaintiff*, § § **v.** § § **CHRISTINE WORMUTH,** § **SECRETARY, DEPARTMENT OF** § **THE ARMY,** § § *Defendant.* | Civil Action No. 2:19-cv-222 Jury |

## JOINT STIPULATION OF FACT

Plaintiff Consuelo Gonzalez and Defendant Christine Wormuth, Secretary, Department of the Army jointly stipulate to the following fact:

> **Mopping the floors was not an essential function of Plaintiff Consuelo Gonzalez's job at the Plating (or Grinding) Machine Shop in May–June 2013.**

Date: March 1, 2022

*/s/ Fadi Yousef*
Fadi Yousef, Attorney-in-Charge
Texas Bar No. 24108025
SDTX Bar No. 3305440
fyousef@robwiley.com
Rasha Zeyadeh
Texas Bar No. 24096216
SDTX Bar No. 3726983
rzeyadeh@robwiley.com
**ROB WILEY, P.C.**
2613 Thomas Avenue
Dallas, Texas 75204
Phone: (214) 528-6500
Facsimile: (214) 528-6511

Date: March 1, 2022

*/s/ Lance Duke (w/ permission)*
Lance Duke, Attorney-in-Charge
Assistant United States Attorney
Southern District of Texas No. 21949
Texas State Bar No. 00798157
Lander Baiamonte
Texas Bar No. 24103831
SDTX Bar No. 3312493
lander.baiamonte@usdoj.gov

800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, TX 78401
Telephone: 361/903-7911

| | |
|---|---|
| Julie L. St. John<br>Texas Bar No. 24106460<br>SDTX Bar No. 3139258<br>jstjohn@wiley-wheeler.com<br>**WILEY WHEELER, P.C.**<br>1651 Richmond Ave.<br>Houston, Texas 77006<br>Telephone: (713) 337-1333<br>Facsimile: (713) 337-1334<br><br>**ATTORNEYS FOR PLAINTIFF** | Facsimile: 361/888-3200<br>Email: lance.duke@usdoj.gov<br><br>**ATTORNEY FOR DEFENDANT** |