| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| Consuelo Gonzalez<br>v.<br>Christine Wormuth, Secretary, Department of the Army | Corpus Christi Division<br>Civil Action No. 2:19-cv-222<br>Plaintiff's Exhibit List |
| Judge:<br>Hon. Nelva Gonzales Ramos | Case Manager: Brandy Cortez<br>Court Reporter: |

*United States Courts, Southern District of Texas, FILED SEP 1 2 2022, Nathan Ochsner, Clerk of Court*

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1. | Commander's Policy Memorandum No. 04 (ARMY 000073-74) | ✓ | | ✓ | 9-12-22 |
| 2. | Commander's Policy Memorandum No. 10 (ARMY 000071-72) | ✓ | | ✓ | |
| 3. | Table of Penalties (ARMY 000146-152) | ✓ | | ✓ | |
| 4. | Gonzalez Annual Evaluation (ARMY 000144-145) | ✓ | obj | ✓ | |
| 5. | Machinist Job Description (ARMY 000139-141) | ✓ | | ✓ | |
| 6. | Gonzalez Text Message to Castellanos (ARMY 000168) | ✓ | | ✓ | |
| 7. | Gonzalez Email to Castellanos 06/07/2013 (ARMY 000132-133) | ✓ | | ✓ | |
| 8. | Saldivar MFR 06/14/2013 (ARMY 000138) | ✓ | | ✓ | |
| 9. | Gonzalez MFR 06/14/2013 (ARMY 000070) | ✓ | | ✓ | |
| 10. | Castellanos Email to Gonzalez 06/24/2013 (ARMY 000172) | ✓ | | ✓ | |
| 11. | Castellanos Email to Gonzalez 06/25/2013 (ARMY 000173) | ✓ | | ✓ | 9-12-22 |

| | | | | | |
|---|---|---|---|---|---|
| 12. | Castellanos Emails to Gonzalez 08/05/2013 and 08/08/2013 (ARMY 000176-177) | ✓ | | ✓ | 9-12-22 |
| 13. | Gonzalez Doctor's Note (ARMY 000135) | ✓ | | ✓ | |
| 14. | CCAD Training Chart (ARMY 000064-69) | ✓ | Obj-Ovr | ✓ | |
| 15. | Castellanos's Employee Write-up List (ARMY 000153) | ✓ | Obj-Ovr | ✓ | 9-12-22 |
| 16. | Gonzalez Psychiatric Record 04/17/2013 (GONZALEZ 000831-833) | | Obj-Sust | | X |
| 17. | Gonzalez Psychiatric Record 06/25/2013 (GONZALEZ 000834-839) | | Obj-Sust | | X |
| 18. | Gonzalez Psychologic Record 07/15/2013 (GONZALEZ 000840-844) | | Obj-Sust | | X |
| 19. | Gonzalez Psychiatric Record 01/23/2014 (GONZALEZ 000845-850) | | Obj-Sust | | X |
| 20. | Gonzalez Psychologic Record 03/04/2014 (GONZALEZ 000851-852) | | Obj-Sust | | X |
| 21. | Gonzalez Psychologic Record 01/07/2015 (GONZALEZ 000853-856) | | Obj-Sust | | X |
| 22. | Gonzalez Psychologic Record 07/08/2015 (GONZALEZ 000857-860) | | Obj-Sust | | X |
| ~~23.~~ | ~~Defendant's Responses to Plaintiff's Requests for Admission~~ | | Obj | | |
| 24. | Timeline of Events (demonstrative) | | | | X |
| 25. | Evidence Summary Chart (demonstrative) | | | | X |
| 26. | Photo of Gonzalez in a Newspaper Article (demonstrative) | | X | | X |