IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Consuelo Gonzalez          §
                           §
v.                         §   CIVIL NO. 2:19-cv-00222
                           §
                           §
Christine Wormuth          §

JURY NOTE NO. _1_

Can we please have a copy of the timeline from both the Plaintiff and Defense?

9/15/2022 1:25
**Date and Time**

RESPONSE:

Please just consider the evidence that was admitted. Thank you.

9/15/22
**Date**

NELVA GONZALES RAMOS
United States District Judge