## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

Consuelo Gonzalez              §
                               §
v.                             §      CIVIL NO. 2:19-cv-00222
                               §
Christine Wormuth              §


JURY NOTE NO. 2

We have reached a verdict

9/15/22  4:06pm
**Date and Time**

**RESPONSE:**


_____          _____
**Date**                         **NELVA GONZALES RAMOS**
                                 **United States District Judge**