UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CONSUELO GONZALEZ, § § Plaintiff, § § VS. § § CHRISTINE WORMUTH, SECRETARY, § DEPARTMENT OF THE ARMY, § § Defendant. § | CIVIL ACTION NO. 2:19-CV-00222 |

## **JURY VERDICT**

## QUESTION NO. 1

Was Plaintiff harassed based on her disability?

Answer "Yes" or "No."

Answer: __Yes__

If you answered "Yes" to Question No. 1, then answer Question No. 2. Otherwise, proceed to Question No. 4.

## QUESTION NO. 2

Did Defendant know, or in the exercise of reasonable care should Defendant have known, that Plaintiff was being harassed based on her disability?

Answer "Yes" or "No."

Answer: __No__

If you answered "Yes" to Question No. 2, then answer Question No. 3. Otherwise, proceed to Question No. 4.

## QUESTION NO. 3

Did Defendant fail to take prompt remedial action with respect to the harassment found by you in response to Question No. 1?

Answer "Yes" or "No."

Answer: _____

## QUESTION NO. 4

Was Plaintiff harassed based on her sex?

Answer "Yes" or "No."

Answer: __No__

If you answered "Yes" to Question No. 4, then answer Question No. 5. Otherwise, proceed to Question No. 7.

## QUESTION NO. 5

Did Defendant know, or in the exercise of reasonable care should Defendant have known, that Plaintiff was being harassed based on her sex?

Answer "Yes" or "No."

Answer: _____

If you answered "Yes" to Question No. 5, then answer Question No. 6. Otherwise, proceed to Question No. 7.

## QUESTION NO. 6

Did Defendant fail to take prompt remedial action with respect to the harassment found by you in response to Question No. 4?

Answer "Yes" or "No."

Answer: _____

## QUESTION NO. 7

Did Plaintiff suffer an adverse employment action with respect to the following events?

Answer "Yes" or "No" for each:

    a. Issued Plaintiff a Memorandum for Record (MFR) for creating a disturbance?

        Answer: __No__

    b. Removed Plaintiff from the plating shop?

        Answer: __Yes__

    c. Threatened Plaintiff with disciplinary action?

        Answer: __No__ (scribbled out mark)

If you answered "Yes," to Question No. 7(a), then answer Question No. 8(a). Otherwise, proceed to Question No. 8(b).

## QUESTION NO. 8(a)

Do you find that Plaintiff would not have been issued a Memorandum for Record (MFR) for creating a disturbance but for her protected activity?

Answer "Yes" or "No."

Answer: _____

If you answered "Yes," to Question No. 7(b), then answer Question No. 8(b). Otherwise, proceed to Question No. 8(c).

### QUESTION NO. 8(b)

Do you find that Plaintiff would not have been removed from the plating shop but for her protected activity?

Answer "Yes" or "No."

Answer: _Yes_

If you answered "Yes," to Question No. 7(c), then answer Question No. 8(c). Otherwise, proceed to Question No. 9.

### QUESTION NO. 8(c)

Do you find that Plaintiff would not have been threatened with disciplinary action but for her protected activity?

Answer "Yes" or "No."

Answer: _____

If you answered "Yes," to Question No. 3, Question No. 6, and/or Question No. 8(a), (b), and/or (c), then answer Question No. 9. Otherwise, proceed to the signature page.

## QUESTION NO. 9

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    Answer: $ 300,000

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    Answer: $ 200,000

We the Jury return the foregoing as our unanimous verdict.

9/15/2022
Date