United States District Court
Southern District of Texas
**ENTERED**
November 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CONSUELO GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-00222 |
| | § | |
| CHRISTINE WORMUTH, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's "Motion for Extension of Time to File Plaintiff's Response to Defendant's Rule 50(b) Renewed Motion for Judgment as a Matter of Law or, Alternatively, Motion for New Trial" (D.E. 83), which is unopposed. After due consideration, the Court **GRANTS** the motion and **ORDERS** that Plaintiff must file her response to Defendant's Rule 50(b) motion on or before **November 22, 2022**.

ORDERED on November 3, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE