United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **CONSUELO GONZALEZ,** | § § § | |
| Plaintiff, | § § | Case No. 2:19-cv-0222 |
| v. | § § § | |
| **CHRISTINE WORMUTH,** Secretary, Department of the Army, | § § § § | |
| Defendant. | § | |

## ORDER

Considering the **Defendant's Motion To Extend Reply Deadline,** the Court is of the opinion that the defendant's motion should be, and is hereby,

_____ **DENIED**   \_\_\_\_\_X\_\_\_\_\_ **GRANTED**

The Court further ORDERS that Defendant's Reply deadline is extended to December 6, 2022.

**DONE** this \_\_28th\_\_ day of \_\_November\_\_, 2022, at Corpus Christi, Texas.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1