United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CONSUELO GONZALEZ, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CIVL ACTION NO. 2:19-cv-00222 |
| CHRISTINE WORMUTH, | § § § | |
| *Defendant.* | § | |

### ORDER GRANTING PLAINTIFF CONSUELO GONZALEZ'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS

Pending before the Court is Plaintiff Consuelo Gonzalez's Unopposed Motion for Extension of Time to File Motion for Attorneys' Fees and Costs. Having considered the motion,

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED.**

Plaintiff may file her motion for reasonable attorneys' fees no later than 30 days after the Court's ruling on Defendant's Motion for Judgment as a Matter of Law or New Trial.

SIGNED on   November 28  , 2022.

**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**